# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

TRACIE KYLES

                CASE NO. 06-01886 JSW

            Plaintiff(s),

v.                  STIPULATION AND [PROPOSED]
SBC COMMUNICATIONS, INC., et al.    ORDER SELECTING ADR PROCESS

            Defendant(s).
_____/

    Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE) (ADR L.R. 5)
    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
✓    Private ADR *(please identify process and provider)*  PRIVATE MEDIATION

The parties agree to hold the ADR session by:
    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

✓    other requested deadline   To be determined; the parties currently are engaged in early settlement discussions

Dated: June __, 2006                          KENNETH SHEPPARD
                                            Attorney for Plaintiff

Dated: June __, 2006                          KATHERINE HUIBONHOA
                                            Attorney for Defendant

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
~~Non-binding Arbitration~~
~~Early Neutral Evaluation (ENE)~~
Private Mediation
~~Private ADR~~

Deadline for ADR session
120 ~~90~~ days from the date of this order.
~~other~~

IT IS SO ORDERED.

Dated: June 28, 2006

*Jeffrey S. White*
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE