| | |
|---|---|
| 1 | LAWRENCE J. GORNICK (SBN 136290) |
| | EMILY M. CHARLEY (SBN 238542) |
| 2 | **LEVIN SIMES KAISER & GORNICK LLP** |
| | One Bush Street, 14th Floor |
| 3 | San Francisco, CA 94104 |
| | Telephone: 415-646-7160 |
| 4 | Facsimile: 415-981-1270 |

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE L. OUTLAW, | CASE NO. C 06 1857 JSW |
| Plaintiff, | Before the Honorable JEFFREY S. WHITE |
| v. | [~~PROPOSED~~] ORDER VACATING AND/OR CONTINUING CASE MANAGEMENT CONFERENCE |
| ASTRAZENECA PHARMACEUTICALS, L.P., ASTRAZENECA, L.P., AND ELI LILLY AND COMPANY, | Conference Date: July 7, 2006 |
| Defendants. | Conference Time: 1:30 PM |
| | Location: Courtroom 2, 17th Floor |

For the reasons set forth in Plaintiff's Case Management Conference Statement, the Court hereby continues the July 7, 2006 Case Management Conference ("CMC") to December 22, 2006, at 1:30 p.m. In the event the case is not transferred as part of the MDL No. 1769 – *In re Seroquel Products Liability Litigation* and/or as part of MDL No. 1596 – *In re Zyprexa Liability Litigation*, far

1 | enough in advance of the new CMC date, the parties shall file a Joint CMC Statement at least 7
2 | calendar days before the CMC, pursuant to this Court's Standing Order.

**IT IS SO ORDERED.**  Plaintiff is HEREBY ORDERED to serve Defendants within 120 days of the date of this Order.

DATED: June 29, 2006

*/s/ Jeffrey S. White*
Honorable JEFFREY S. WHITE
United States District Court Judge

- 4 -   [PROPOSED] ORDER