JONES, CLIFFORD, JOHNSON & JOHNSON, LLP
Attorneys at Law

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACIE KYLES<br><br>       Plaintiff,<br><br>vs.<br><br>SBC COMMUNICATIONS, INC., PACIFIC TELEPHONE COMPANY, PACIFIC BELL TELEPHONE COMPANY, and DOES THREE through FIFTY, inclusive,<br><br>       Defendants. | **Case No.: C 06-01886 JSW**<br><br>**[~~PROPOSED~~]**<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE OF JULY 7, 2006** |

IT IS HEREBY ORDERED that the Case Management Conference currently scheduled for Friday, July 7, 2006 at 1:30 p.m. in Courtroom 2 before the Honorable Jeffrey S. White be CONTINUED to a date not sooner than 60 days from today.

The date and time of the new Case Management Conference shall be:

DATE:      September 8, 2006

TIME:      1:30 p.m.

Dated: __June 28, 2006__       By:_____

                           HON. JEFFREY S. WHITE
                           United States District Judge

**ORDER CONT. CASE MANAGEMENT CONF. OF JULY 7, 2006**
**Case No. C 06-01886 JSW**